AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Cameron Scott Law<br><br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   1:26-cr-035-01 |

REC'D USMS-D/NI
2026 FEB 12 9:4

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Cameron Scott LAW                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Attempted Possession with Intent to Distribute Methamphetamine
Aiding and Abetting

Date:     02/12/2026

/s/ Melissa Fischer
_Issuing officer's signature_

City and state:     Bismarck, ND

Melissa Fischer, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 2/12/26, and the person was arrested on _(date)_ 3/23/26 at _(city and state)_ DICKINSON, ND. |

Date: 3/24/26

Anthony Meirose
_Arresting officer's signature_

ANTHONY MEIROSE, DUSM
_Printed name and title_